

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00188-CV

| | | |
|---|---|---|
| CL III FUNDING HOLDING COMPANY, LLC, Appellant | § | On Appeal from the 352nd District Court |
| v. | § | of Tarrant County (352-293713-17) |
| STEELHEAD MIDSTREAM PARTNERS, LLC; STRATEGIC ENERGY INCOME FUND III, LP; EAGLERIDGE ENERGY II, LLC; AND EAGLERIDGE MIDSTREAM, LLC, Appellees | § | January 8, 2026 |
| | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Supreme Court.

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court on Appellees' breach of contract claim is reversed, and we render a judgment that Appellees take nothing on that breach of contract claim.

It is further ordered that Appellees shall pay the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth